IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYRON EUGENE WORD,

    Petitioner,                    No. CIV S-09-2329 GEB GGH P

    vs.

J.W. HAVILAND, et al.,

    Respondents.                 <u>ORDER</u>

_____/

        On January 21, 2010, the district court adopted the December 18, 2009, findings and recommendations recommending that respondent's motion to dismiss for failure to exhaust state court remedies be granted. The findings and recommendations stated that petitioner was not precluded from presenting a new petition to the California Supreme Court.

        On February 10, 2010, petitioner filed a pleading with the court asking whether he was permitted to "proceed anew" in the state supreme court. As indicated in the findings and recommendations, petitioner may present a new petition to the California Supreme Court.

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that the matters raised in petitioner's
2  February 10, 2010, response to the order adopting the findings and recommendations are
3  resolved.
4  DATED: March 17, 2010

　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8  wo2329.ord